ACCEPTED
14-13-00779
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/24/2015 4:01:17 PM
CHRISTOPHER PRINE
CLERK

## NO.14-13-00779-CV

**IN THE**

**COURT OF APPEALS**

**FOR THE FOURTEENTH DISTRICT OF TEXAS AT HOUSTON**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/24/2015 4:01:17 PM
CHRISTOPHER A. PRINE
Clerk

**JEFF OLLEY AND ALL OCCUPANTS in possession of room 313 of the hotel commonly known as the extended stay America - Houston - Katy Freeway/Energy Corridor**

**APPELLANTS**

**V.**

**HVM, L.L.C., in its capacity as manager of the hotel commonly known as the Extended Stay America - Houston - Katy Freeway/Energy Corridor**

**APPELLEE**

**NOTICE OF CHANGE OF LAW FIRM/ADDRESS FOR APPELLEE'S COUNSEL**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellee, HVM, L.L.C., in its capacity as manager of the hotel commonly known as the Extended Stay America-Houston-Katy Freeway/Energy Corridor, and files this Notice of Change of Address to advise the Court and all parties of record that the law firm for Appellee's attorney Kelly Franklin Bagnall has changed. Effective immediately, the contact information is as follows:

> Kelly Franklin Bagnall
> Holland & Knight
> 200 Crescent Court, Suite 1600
> Dallas, Texas 75201
> (214) 984-9462 – Telephone
> (214) 984-9500 – Facsimile
> kelly.bagnall@hklaw.com

Respectfully submitted,

*/s/ Kelly Franklin Bagnall*
Kelly Franklin Bagnall
State Bar No. 07375800
kelly.bagnall@hklaw.com
**HOLLAND & KNIGHT**
200 Crescent Court, suite 1600
Dallas, Texas 75201
(214) 984-9462
(214) 984-9500 (fax)

**ATTORNEY FOR APPELLEE**

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following individual in accordance with Texas Rule of Civil Procedure 21a on the _____ day of June, 2015.

Jeff Olley
P.O. Box 431602
Houston, Texas 77243

*/s/ Kelly Franklin Bagnall*
Kelly Franklin Bagnall